# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2023

*The Court of Appeals hereby passes the following order:*

### A24A0229. BRENDE' WADDELL v. VININGS OVERLOOK TOWNHOME ASSOCIATION, INC.

Vinings Overlook Townhome Association, Inc. filed suit against Brende' Waddell, and in December 2021 the trial court entered a final order and judgment against Waddell. In February 2022, Waddell filed a new action, seeking to set aside the December 2021 judgment under OCGA § 9-11-60 (d). The trial court denied Waddell's motion to set aside on October 11, 2022, and she filed this direct appeal on November 17, 2022. We lack jurisdiction for two reasons.

First, an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must come by application for discretionary appeal. See OCGA § 5-6-35 (a) (8). Second, even if Waddell was entitled to a direct appeal from the denial of her motion to set aside, her notice of appeal is untimely. A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560)

(2012).Waddell's notice of appeal was filed 37 days after entry of the order she seeks to appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  09/07/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*